

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00144-CR

**EX PARTE** Martin Galvan **BARRON**,

From the County Court, Kinney County, Texas
Trial Court No. 12553CR
Honorable Molly Francis, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                 H. Todd McCray, Justice
                 Velia J. Meza, Justice

Delivered and Filed: April 30, 2025

DISMISSED

Appellant, Martin Galvan Barron, filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Galvan and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id.* We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH